UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 25-cr-20026
                                        Hon. Matthew F. Leitman

v.

DANIEL HUDSON,

      Defendant.
_____

## ORDER GRANTING EX-PARTE MOTION
## FOR MONIES TO HIRE EXPERT SERVICES

**IT IS HEREBY ORDERED** that Defendant's Ex-Parte Motion for Monies to Hire Expert Services is GRANTED for up to $1,500.00.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126